**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 761 MAL 2017

                         :

            Respondent        :

                         :  Petition for Allowance of Appeal from

                         :  the **Unpublished Memorandum and**

        v.                  :  **Order** of the Superior Court at No.

                         :  2093 MDA 2016 entered on October

                         :  24, 2017, **affirming** the Judgment of

TIMOTHY MARTIN DUKE,        :  Sentence of the York County Court of

                         :  Common Pleas at No. CP-67-CR-

           Petitioner       :  0007563-2015 entered on November

                         :  22, 2016

## <u>ORDER</u>

**PER CURIAM**                          DECIDED:  May 16, 2018

      **AND NOW**, this 16th day of May, 2018, the Petition for Allowance of Appeal is **GRANTED**. Further, the ruling of the Superior Court is **VACATED** and the case is **REMANDED** to the trial court for a reconsideration in light of this Court's decision in *Commonwealth v. Romero*, 37 EAP 2016, ___ A.3d ___, 2018 WL 1960611 (Pa. 2018).